THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEERUT SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　Defendant. | CASE NO. C17-0233-JCC<br><br>ORDER DIRECTING SERVICE |

This matter comes before the Court on Plaintiff Keerut Singh's motion for an order directing service by the United States Marshals Service (Dkt. No. 7). Singh seeks to have the Marshals serve the summons and complaint on Defendant United States Postal Service. (*Id.* at 1.)

The motion is GRANTED. The Clerk is DIRECTED to issue summons. The Marshals Service shall SERVE on the U.S. Postal Service the complaint (Dkt. No. 1) and summons (Dkt. No. 1-4).

DATED this 1st day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　/s/ John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DIRECTING SERVICE
PAGE - 1